IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CURTIS WALDRON | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-62 |
| WARDEN, FCI BEAUMONT | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Michael J. Truncale, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

ORDERED and ADJUDGED that this petition for writ of habeas corpus is DENIED. All motions not previously ruled on are DENIED.

**SIGNED this 9th day of September, 2025.**

_____
Michael J. Truncale
United States District Judge